IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

RONLANSKI FAULKNER,

    Plaintiff,

v.

Case No. 18-CV-588

NANCY A. BERRYHILL,
Acting Commissioner for Social Security,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

---

Based upon the Defendant's Motion To Dismiss, dated December 20, 2018, IT IS ORDERED:

This action is dismissed, without, prejudice, for lack of diligence pursuant to Civil Local Rule 41(c) (E.D. Wis.).

Dated at Milwaukee, Wisconsin, this 26th day of February, 2019.

                BY THE COURT:

                *s/Nancy Joseph*
                NANCY JOSEPH
                United States Magistrate Judge